IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEBORAH SOUZA,<br><br>Plaintiff,<br><br>v.<br><br>EMBRACE HOME LOANS, INC., DENNIS HARDIMAN, KURT NOYCE, and ROBERT LAMY,<br><br>Defendants. | Case No. 1:22-cv-00453-JJM-PAS<br><br>Hon. John J. McConnell |

**PLAINTIFF- RELATOR AND DEFENDANTS' JOINT TRIAL NOTICE**

Pursuant to the Court's November 4, 2025 Trial Order (Dkt. No. 210), Plaintiff-Relator Deborah Souza ("Plaintiff-Relator") and Defendants Embrace Home Loans, Inc., Dennis Hardiman, Kurt Noyce, and Robert Lamy (collectively, "Defendants") jointly submit this notice and state the following:

**I.    Length of trial**

This case involves alleged damages in the tens of millions of dollars, a substantial number of witnesses, and a claims period of over a decade. Therefore, assuming full trial days, the Parties estimate that it will take approximately four weeks for the case to be tried. As indicated in Section V below, the Parties propose scheduling trial for four weeks to ensure that there is sufficient time for the Parties to present their case.

**II.   Witness lists**

Plaintiff-Relator intends to call the following witnesses in her case-in-chief:

1. Deborah Souza – Plaintiff-Relator

2. Shawna Delosier – Embrace Underwriter

1

3. Embrace Underwriters (specific names to be provided closer to trial)

4. Embrace Signatories of HUD-92900-A Form (and its equivalent)

5. Pamela Hamrick – Plaintiff's Expert

6. Victor Baev – Plaintiff's Expert

7. Christopher Bennett, PhD– Plaintiff's Expert

8. Dennis Hardiman – Embrace CEO and owner

9. Kurt Noyce – Former Embrace President

10. Robert Lamy – Former Embrace Director of Risk Management

11. Deanna Roy – Signatory of Defendants' Annual HUD Compliance Certification

12. Frank O'Donnell – Signatory of Defendants' Annual HUD Compliance Certification (as well as any other signatory of the Annual HUD Compliance certification)

13. Claudia Mobilia – Embrace Senior Vice President of Operations

14. Peter Microulis – Former Embrace Vice President of Quality Assurance

15. Al Dussinger – Embrace Chief Operating Officer/30(b)(6) witness

16. Elizabeth Brown – Embrace Project Support Manager

17. Craig McManus – Embrace Vice President of Underwriting

18. Cheryl Miller – Embrace Vice President

19. Susanne Riberdy – Embrace Compliance Officer

20. Sara Davis – Former Embrace Vice President of Underwriting

21. Milena MacColl – Embrace Underwriter

22. Charles Coulter – Former HUD Deputy Assistant Secretary for Single Family Housing, FHA

23. John Higgins – HUD Director of FHA's Quality Assurance Division/30(b)(6) witness

Defendants intend to call the following witnesses:

1. Deborah Souza – Plaintiff- Relator
2. Dennis Hardiman – Embrace CEO
3. Kurt Noyce – Former Embrace President
4. Robert Lamy – Former Embrace Director of Risk Management
5. Ben Giumara – Embrace General Counsel and Chief Compliance Officer
6. Claudia Mobilia – Embrace Senior Vice President of Operations
7. Peter Microulis – Former Embrace Vice President of Quality Assurance
8. Al Dussinger – Embrace Chief Operating Officer/30(b)(6) witness
9. Elizabeth Brown – Embrace Project Support Manager
10. Craig McManus – Embrace Vice President of Underwriting
11. Cheryl Miller – Embrace Vice President
12. Susanne Riberdy – Embrace Compliance Officer
13. Sara Davis – Former Embrace Vice President of Underwriting
14. Milena MacColl – Embrace Underwriter
15. Rosemary Mysliwiec – Defendants' Expert
16. Keith Becker – Defendants' Expert
17. Adam Gailey – Defendants' Expert
18. Charles Coulter – Former HUD Deputy Assistant Secretary for Single Family Housing, FHA
19. John Higgins – HUD Director of FHA's Quality Assurance Division/30(b)(6) witness
20. Embrace Underwriters (specific names to be provided closer to trial)

The Parties reserve the right to cross-examine witnesses called by an opposing Party; call

3

witnesses to rebut evidence presented by an opposing Party; and supplement this list upon becoming aware of the identity of any additional witnesses that may be called as a witness.

The Parties reserve the right to supplement, amend, or revise their witness lists (including adding additional witnesses), not call each of the designated witnesses, and to call any witness designated by an opposing Party, whether on cross examination or otherwise.

Given the early stage of pre-trial preparations, it is difficult to provide a precise estimate of the amount of time each witness will require. However, the Parties preliminarily estimate that most witnesses will require approximately half a day, with expert witnesses and certain fact witnesses likely requiring more time, such as a full day or a day and a half.

### III. Outstanding Issues

Apart from typical pre-trial matters, including but not limited to motions in limine, exhibit lists, Plaintiff's *Daubert* motions, and jury instructions, the Parties are not aware of any outstanding issues that need to be resolved before this case can be tried.

### IV. Mediation

There has been one mediation in this case, which occurred on July 29, 2024 with Magistrate Judge Sullivan. The Parties are currently discussing the possibility of a second mediation (either before Magistrate Judge Sullivan or a third-party mediator). The Parties are interested in having a productive mediation at the earliest practical date.

### V. Trial Date

The Parties propose scheduling a four-week trial beginning on May 18, 2026 and continuing through June 12, 2026. Due to counsels' existing commitments (including several scheduled trials), the need to complete significant trial preparations, the complexities of coordinating the schedules of a large number of witnesses, and upcoming holidays, the Parties do

4

not believe a trial earlier is feasible. The Parties also wish to provide themselves with adequate time to engage in mediation prior to trial. To the extent the Court is unavailable on the proposed dates, the Parties propose that they work together on alternative dates.

Dated: November 28, 2025

/s/ J. Nelson Thomas
J. Nelson Thomas, Esq.
(admitted per local Rule 201 (b)(5))
THOMAS & SOLOMON PLLC
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com

Samuel J. Buffone, Jr.
(admitted per local Rule 201 (b)(5))
Michael DeJesus
Buffone Law Group PLLC
4301 Connecticut Ave NW, Ste. 310
Washington, D.C. 2008
(202) 997-8562
sam@buffonelawgroup.com
michael@buffonelawgroup.com

*Attorneys for Plaintiff-Relator*


/s/ John H. Lawrence
John H. Lawrence (admitted *pro hac vice*)
Jared M. Burtner (admitted *pro hac vice*)
K&L GATES LLP
430 Davis Drive, Suite 400
Research Triangle Park, NC 27560
Telephone: 919-466-1190
Facsimile: 919-723-2744
E-mail: john.lawrence@klgates.com
E-mail: jared.burtner@klgates.com


/s/ Michael R. Creta
Michael R. Creta (#9535)
Christopher L. Nasson (admitted *pro hac vice*)
Anna L'Hommedieu (admitted *pro hac vice*)

Christopher F. Warner (admitted *pro hac vice*)
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Telephone: 617-261-3100
Facsimile: 617-261-3175
E-mail: michael.creta@klgates.com
E-mail: christopher.nasson@klgates.com
E-mail: anna.lhommedieu@klgates.com
E-mail: chris.warner@klgates.com

*Attorneys for Defendants Embrace Home Loans, Inc., Dennis Hardiman, Kurt Noyce, and Robert Lamy*

## CERTIFICATE OF SERVICE

    I certify that, on November 28, 2025, I caused the foregoing document to be filed via the CM/ECF system, which will effect service upon all counsel of record.

                                             */s/ Michael R. Creta*  
                                             Michael R. Creta